**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Regents Holdings, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2041749** |
| 4. | **Debtor's address** | **Principal place of business**  **5514 Swiss Avenue**  **Dallas, TX 75214**  Number, Street, City, State & ZIP Code    **Dallas**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Regents Holdings, Inc.**                                     Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5511__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                          Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Regents Holdings, Inc.**      Case number (*if known*)
Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Regents Holdings, Inc.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2019**
              MM / DD / YYYY

X **/s/ Michael J. "Nick" McCune**                    **Michael J. "Nick" McCune**
Signature of authorized representative of debtor       Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Mark A. Castillo**                            Date **April 11, 2019**
Signature of attorney for debtor                            MM / DD / YYYY

**Mark A. Castillo 24027795**
Printed name

**Curtis | Castillo PC**
Firm name

**901 Main Street**
**Suite 6515**
**Dallas, TX 75202**
Number, Street, City, State & ZIP Code

Contact phone **214-752-2222**     Email address **mcastillo@curtislaw.net**

**24027795 TX**
Bar number and State

# REGENTS HOLDINGS, INC.

## CONSENT OF THE SOLE SHAREHOLDER

The undersigned shareholder, constituting the sole shareholder (the "Shareholder") of Regents Holdings, Inc. (the "Company"), a corporation organized in Delaware and with principal assets and operations in Dallas, Texas, does by this writing consent to take the following actions and adopt the foregoing resolutions, to wit:

**WHEREAS** the Company is experiencing financial issues; and

**WHEREAS**, on April 11, 2019, the Shareholder resolved that the Company was authorized to seek Chapter 11 bankruptcy protection and to engage Curtis | Castillo PC to provide legal services to the Company in connection with a Chapter 11 reorganization case and related matters; and

**WHEREAS** the Shareholder and the Company, acknowledge that the commencement of a bankruptcy case shall provide certain relief to the Company but the bankruptcy filing in and of itself shall not absolve the Company of (i) its duties under corporate-governance documents, or (ii) the obligations of the Company to continue to adhere to all applicable laws, rules, ordinances, and regulations (collectively, "Applicable Law") that would apply outside of bankruptcy and that are not stayed by bankruptcy; and

**AND THEREFORE, BE IT RESOLVED** that the Shareholder authorizes and directs the Company to take any and all actions necessary and appropriate under the United States Bankruptcy Code, and/or other Applicable Law to fulfill the duties of the Company as a debtor in possession in a Chapter 11 bankruptcy reorganization proceeding, including but not limited to the commencement of the Chapter 11 case. The Company further hereby authorizes its presiding officer and director, Michael J. "Nick" McCune, to take all necessary steps to effectuate the filing of a Chapter 11 bankruptcy reorganization proceeding, including the execution of all necessary forms and documents; and

**BE IT FURTHER RESOLVED** that the Shareholder and officers and directors of the Company are authorized to execute, for and on behalf of the Company, any and all documents, instruments, and consents and to take any and all further actions that are necessary, desirable, or appropriate to effectuate the purpose of the foregoing resolution; and

**IN WITNESS WHEREOF**, the undersigned, being the sole Shareholder of the Company, has approved and adopted the foregoing resolution, and has hereunto set its hands effective as of April 11, 2019.

**Sole Shareholder:**

1218, Inc., a Texas for-profit corporation

*[signature]*

Michael J. "Nick" McCune
Title: President
Dated: April 11, 2019